**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

_____ )
MALIBU MEDIA, LLC,                             )
                                               )
Plaintiff,                                     )   Case No. 8:13-cv-00472-JDW-EAJ
                                               )
v.                                             )
                                               )
JASON STERLING,                                )
                                               )
Defendant.                                     )
_____ )

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES**
**TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant, by and through its attorneys, answers and asserts affirmative defenses to the amended complaint by Plaintiff, Malibu Media, LLC, as follows:

In responding to the amended complaint, Defendant denies all allegations contained therein unless specifically admitted below.

Introduction

1.      Defendant admits that the complaint purports to allege causes of action under the Copyright Act.  Defendant denies it is liable to Plaintiff for any such causes of action or has harmed Plaintiff in any way.

2.      Denied.

3.      Defendant has received a copy of Exhibit B.  Defendant denies that Plaintiff has any rights in and to the works and/or the Copyrights-in-Suit listed in Exhibit

B.  Defendant denies that the Copyright Registrations enumerated in Exhibit B are valid and enforceable.

Jurisdiction And Venue

4.      Defendant admits that this Court has jurisdiction over the subject matter of the complaint.  Defendant denies that Defendant has committed any wrongful acts.

5.      Defendant admits that he resides in the state of Florida.  Defendant denies the remaining allegations of paragraph No. 5.  Defendant specifically denies that it has engaged in any conduct that infringes or has infringed plaintiff's copyrights or otherwise caused any harm to plaintiff.

6.      Defendant admits that he resides in the state of Florida.  Defendant denies the remaining allegations of paragraph No. 6.  Defendant specifically denies that it has engaged in any conduct that infringes or has infringed plaintiff's copyrights or otherwise caused any harm to plaintiff.

Parties

7.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the same.

8.      Admitted.

Factual Background

*I.      Defendant denies that Defendant Used the BitTorrent File Distribution Network To Infringe Plaintiff's Copyrights.*

9.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the same.

10.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the same.  Defendant leaves plaintiff to its proofs with regard to this description of the BitTorrent Technology.

11.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the same.  Defendant leaves plaintiff to its proofs with regard to this description of the BitTorrent Technology.

12.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the same.  Defendant leaves plaintiff to its proofs with regard to this description of the BitTorrent Technology.  Defendant specifically denies that it has engaged in any conduct that infringes or has infringed plaintiff's copyrights or otherwise caused any harm to plaintiff.

13.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the same.  Defendant leaves plaintiff to its proofs with regard to this description of the BitTorrent Technology.

14.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the same.  Defendant leaves plaintiff to its proofs with regard to this description of the BitTorrent Technology.

15.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the same.  Defendant leaves plaintiff to its proofs with regard to this description of the BitTorrent Technology.  Defendant specifically denies that it has engaged in any conduct that infringes or has infringed plaintiff's copyrights or otherwise caused any harm to plaintiff.

16.    Denied.

17.     Denied.

18.     Denied.

19.     Denied.

20.     Denied.

21.     Defendant has received a copy of Exhibit B.  Defendant denies that Plaintiff has any rights in and to the works and/or the Copyrights-in-Suit listed in Exhibit B.  Defendant denies that the Copyright Registrations enumerated in Exhibit B are valid and enforceable.  Defendant denies that it has engaged in any conduct that infringes or has infringed plaintiff's copyrights or otherwise caused any harm to plaintiff.

22.     Defendant has received a copy of Exhibit C.  Defendant denies the remaining allegations of Paragraph No. 22.  Defendant specifically denies that it has engaged in any conduct that infringes or has infringed plaintiff's copyrights or otherwise caused any harm to plaintiff.

23.     Defendant has received a copy of Exhibit D.  Defendant denies the remaining allegations of Paragraph No. 23.  Defendant specifically denies that it has engaged in any conduct that infringes or has infringed plaintiff's copyrights or otherwise caused any harm to plaintiff.

24.     Denied.

## Miscellaeous

25.     Defendant has no personal knowledge of these facts and can neither confirm nor deny, and leaves Plaintiff to its proofs.

26.     Defendant has no personal knowledge of these facts and can neither confirm nor deny, and leaves Plaintiff to its proofs.

4

## COUNT I

27.     Defendant incorporates Defendant's answers to the allegations re-alleged, as if set forth fully herein.

28.     Defendant has received a copy of Exhibit B.   Defendant denies that Plaintiff has any rights in and to the works and/or the Copyrights-in-Suit listed in Exhibit B.  Defendant denies that the Copyright Registrations enumerated in Exhibit B are valid and enforceable.

29.     Denied.

30.     Denied.

31.     Denied.

32.     Denied.

Defendant further denies the entitlement of Plaintiff to any of the relief requested in the WHEREFORE clause.

## AFFIRMATIVE DEFENSES

Defendant asserts the following affirmative defenses to the complaint filed by Plaintiff:

First Affirmative Defense

The Complaint, and each cause of action thereof, fails to state a cause of action upon which relief may be granted.

Second Affirmative Defense

Plaintiff's claims are barred in whole or in part by the doctrine of estoppel, unclean hands, waiver and/or acquiescence.

Third Affirmative Defense

Plaintiff's copyrights are invalid and/or unenforceable.

Fourth Affirmative Defense

Plaintiff's claims are barred by the doctrine of fair use.

Fifth Affirmative Defense

Plaintiff authorized, impliedly or explicitly, Defendant's allegedly infringing use of its works, and plaintiff's claims are therefore barred by the doctrine of implied license.

Sixth Affirmative Defense

To the extent Plaintiff suffered any damages, which Defendant expressly denies; Plaintiff has failed to take the steps necessary to mitigate the damages sustained.

Seventh Affirmative Defense

Plaintiff's claims are barred by the doctrine of misuse of copyright.

Eighth Affirmative Defense

Plaintiff's claims are barred, in whole or in part, because Defendant's conduct was in good faith and with non-willful intent, at all times.

Ninth Affirmative Defense

Plaintiff's claims are barred because statutory damages sought are unconstitutionally excessive and disproportionate to any actual damages that may have been sustained in violation of the Due Process clause.

Tenth Affirmative Defense

Plaintiff's claims for statutory damages is barred because Plaintiffs copyright registrations were not made within three months after the first publication of the allegedly infringing works as required by law.

Defendant presently has insufficient knowledge or information upon which to form a belief as to whether it has additional, as yet unstated, affirmative defenses and claims for relief available.  Defendant reserves the right to assert additional affirmative defenses and other claims for relief for which Defendant has developed factual support pending the outcome of discovery or otherwise.

WHEREFORE, Defendant respectfully requests that this Court dismiss Plaintiff's complaint in each count therein with prejudice at Plaintiff's cost, award Defendant its attorneys' fees and costs, and grant such other relief as the Court deems appropriate under the circumstances.

Frijouf, Rust & Pyle, P.A.

June 11, 2013
Date

Daniel R. Frijouf
Frijouf, Rust & Pyle, P.A.
201 East Davis Blvd
Tampa, Florida 33606
Tel: 813.254.5100
Fax: 813.254.5400
frijouf@frijouf.com
dan@frijouf.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2013, I presented the foregoing to the Clerk of the Court for filing and uploading to the Case Management/Electronic Case Filing ("CM/ECF") system which will send a Notice of Electronic Filing to the following CM/ECF participants:

M. Keith Lipscomb (429554)
klipscomb@lebfirm.com
LIPSCOMB, EISENBERG & BAKER, PL
2 South Biscayne Blvd.
Penthouse 3800

Miami, FL 33131
Telephone: (786) 431-2228
Facsimile: (786) 431-2229
Attorneys for Plaintiff

_____
Daniel R. Frijouf